# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

FILED
AUG 0 8 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Michael Lemberger
**Plaintiff**

vs.

Case No. 07-3212

(The case number will be assigned by the clerk)

Sandra Simpson
Anderson Freeman
Brian Thomas
~~[redacted]~~

**Defendant(s)**

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often*

---

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☑ Unknown   Religon

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

   Full Name: Michael Lemberger

   Prison Identification Number: _____

   Current address: R.R. 1, Box 6-A
                    Rushville, Illinois  62681

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

   Defendant #1:

   Full Name: Sandra Simpson

2

Current Job Title: __GRIEVANCE OFFICAL__

Current Work Address __R.R. 1, BOX 6A__
__Rushville, Illinois 62681__

Defendant #2:

Full Name: __Anderson Freeman__

Current Job Title: __Program Facility Director__

Current Work Address __R.R. 1, Box 6-A__
__Rushville, Illinois, 62681__

Defendant #3:

Full Name: __Brian Thomas__

Current Job Title: __Facility Director__

Current Work Address __R.R. 1, Box 6A__
__Rushville, Illinois 62681__

Defendant #4:

Full Name: ____

Current Job Title: ____

Current Work Address ____

Defendant #5:

Full Name: ____

Current Job Title: ____

Current Work Address ____

3

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☐     No ☒

If yes, please describe _____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐     No ☒   But I have brought a lawsuit since my arrival at D.H.S.-T.D.F.

C. If your answer to B is yes, how many?  1   Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number
      CASE No. 07-3128

   2. Basic claim made  Environmental tobacco Smoke (ETS)

   3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?)  Case still pending.

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint*

*and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☑   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☑   No ☐

If your answer is no, explain why not _____
_____

C. Is the grievance process completed?   Yes ☑   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  <u>Department of Human Services Detention and Treatment Facility Rushville Illinois.</u>

Date(s) of the occurrence  <u>12-8-07 until present and ongoing.</u>

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

**THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED.** *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

<u>I am Jewish, I am being Denied a Kosher Diet, I am, and Have been Denied an alternitive to pork, I Have had to skip meals as a result of this, I Have been Denied observance of ~~(scribbled out)~~ Passover and told that I would</u>

5

not be able to observe Chanukah as well.

I followed the Grivance Procidure here at D.H.S.—T.D.F. and each Defendant Denied my request and signed off on that Denial. As a result I feel that each Defendant is equally guilty of Denieing my right to express my religious beliefs as protected by law. Furthermore, I feel that each Defendant is both Criminal and negligent by allowing me to miss meals, by not at least giving me a pork substitute. I also find it hard to beleive that Mrs. Simpsons claim of ignorance of what a Kosher Diet is, is preposterous and pernicious towards me. I find it hard to believe that an institution, run by the state of Illinois, is not familiar with Kosher food, even if that's the case, I DID, in fact, explaine what a Kosher Diet was.

Please see attached Grievance

## RELIEF REQUESTED

*(State what relief you want from the court.)*

I am seeking nominal, compensatory and punitive damages, I am seeking assurance that my religious rights are protected and that I be allowed observance of all Jewish hollidays, and I am seeking a kosher diet consistant with my religious beliefs. I am unable to set or request a monetary value for damages, as the damages are still being incurred

**JURY DEMAND**    Yes ☐    No ☑

Signed this 6TH day of August, 2007.

*Michael Lemberger*
*( Signature of Plaintiff)*

10

| Name of Plaintiff: Michael Lemberger | Inmate Identification Number: |
|---|---|
| Address: R.R. 1, Box 6-A<br>Rushville, Illinois, 62681 | Telephone Number:<br>217-322-3204 |

State of Illinois
Department of Human Services

# TDF Resident Grievance - Appeal Form



| Name of Resident: | Lemberger | ID #: | Date of Submitted: | 6-13-07 | Unit: | D-3 |

Date Received by Administration: 06-14-07 A09:24 IN

Grievance #: 05 07 GR 0350

USE BLACK INK ONLY

**SUMMARY OF GRIEVANCE APPEAL:**

I notified S.T.A. 2 Parsons and T.D.F. Nursing staff upon my arrival at T.D.F of my religious affiliation, I also informed Mr. Hanson durring his initial interview that I was Jewish. To suggest that my Primary Therapist should verify my religious beliefs is an Outrage. I provided D.H.S. T.D.F. of my religious Affiliation and I requested a Kosher Diet and I requested to see a Rabbi. Unless this information has been misplaced, or someone neglected to record it, or it has somehow been removed from my file, what you are doing is a blatant violation of the First Amendment which guarantees my right to exercise my religious beliefs. Recognizing that right is "preferred", that is, of particular significance under the Constitution. I am requesting that you Re-consider Sandra Simpson's erroneous mistake and allow me my fundamental right to enjoy my religious beliefs as I understand them and that T.D.F. D.H.S. make a good faith effort to stand behind there statements as outlined on page 21, under Religion, contained in the Resident Handbook.

Resident's Signature: Lemberge

ALL GRIEVANCE APPEALS MUST BE FILED ON THIS OFFICIAL GRIEVANCE APPEAL FORM

Grievance must be filed within 30 days after receipt of the Facility Director's response. Please attach the grievance with the Grievance Examiner's report and the Facility Director's decision. Forward to the Grievance Examiner.

IL462-5006 (R-4-06)                                                                                   Page 1 of 1

State of Illinois
Department of Human Services

# TDF Resident Grievance



| Name of Resident: Lemberger | ID #: | Date of Incident Occurrence: 5-11-07 | Unit: D-3 |

Date Received: 05-14-07 P04:00 IN

Grievance #: 05 07 GR 0350

**Nature of Grievance**
☐ Personal Property  ☐ Staff Conduct  ☐ Mail Handling  ☐ Meals  ☐ Medical  ☒ Other: (Specify): Religion
☐ Disciplinary Report:  Report Date: _____

(Attach copy of Notice of Appearance Before The Behavior Committee and Behavior Committee Decision.)

Use only this form to give a BRIEF Summary of Grievance:

Since my arrival at D.H.S. T.D.F. on Dec. 8TH 2006 my Religious Rights and Requests have been compleatly ignored. I informed the Staff upon my arrival at D.H.S.T.D.F. that my religious affiliation was Jewish, that when ever possiable I keep Kosher, and that I would like to see a Rabbi. I even went so far as to give D.H.S.T.D.F. Staff the name of a Rabbi that would come this far to see me, and all of my efforts have been ignored. However, I was told by Capt. Biermann that under no circumstances would I ever be allowed to light Menorah Candles on Chanukah in observance of the Jewish peoples Exodus from Slavery and Bondage while in Egypt. Never mind the fact that D.H.S.T.D.F supplies matches to the residents. In this grievant's opinion, ignoring a persons fundamental right to observe there Religious Rights is a-kin to denial and unconscionable, bordering on criminal.

Relief Requested: I want a diet thats consistant with my Religious Beliefs - I want to see a Rabbi - I want to be in observance of all High Jewis Holidays and be able to particiapate in the approaite rituals.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreperable harm to self.

Resident Signature: Michael Lember    Date: 5-11-07

IL462-5001 (R-6-06)    Distribution: Master File; Resident    Page 1 of 2

State of Illinois
Department of Human Services

# TDF Resident Grievance



**Grievance Examiner's Response:**

The resident grieved on 5/11/07, since his arrival at TDF on 12/08/06, his religious rights and requests have been completely ignored. He notified the staff his that religious affiliation was Jewish and whenever possible he was like to keep and see a Rabbi. He even went so far as to give TDF staff the name of a Rabbi that would come this far to see him. Capt. Biermann told him under no circumstances would he be allowed to light Menorah candles on Chanukah in observance of the Jewish peoples exodus from slavery and bondage while in Egypt. Never mind the fact that TDF supplies matches to the residents. In this grievant's opinion, ignoring a person's fundamental right to observe there religious rights is akin to denial and unconscionable, bordering on criminal.

Grievant's requested relief is he wants a diet that is consistent with his religious beliefs. He wants to see a Rabbi. He wants to be in observance of all high Jewish holidays and be able to participate in appropriate rituals.

Per administrative review, Capt. Biermann confirmed to me that residents are not allowed to have or burn candles for any reason. If you know a Rabbi who is willing to visit you at TDF, write him a letter asking that he contact the Facility Director, Mr. Brian Thomas, for further instructions. Or you may ask your Primary Therapist to assist you in accessing your Rabbi of choice. I contacted the resident's therapist and was told the resident has never approached him about seeing a rabbi. Kosher is a type of diet for which the resident provided no details. The resident does not name who specifically ignored his requests to make contact with a Rabbi whose name he provided to me - Binyomin Scheiman, 901 N. Margail, Des Plaines, IL 60016, Ph# 847-334-1770.

It is recommended this grievance Denied. The resident's Primary Therapist should verify the resident's religious beliefs before a grievance is filed.

5-24-07
GV 0350
Lemberger, M

Grievance Examiner's Signature: _Sandra Lempia_   Date: 5/24/2007

---

**FACILITY DIRECTOR'S RESPONSE**

Date Received: 6-11-07

Facility Director's Decision: Grievance: ☐ Upheld  ☒ Denied
Behavior Committee Decision Appeal: ☐ Upheld  ☐ Denied
Response:

Facility Director Signature: _____   Date: 6-11-07

NOTE: If appealing the Facility Director's Decision, please attach the Grievance Appeal Form and forward to Grievance Examiner

Date Received: 7/6/07

**PROGRAM ADMINISTRATOR'S RESPONSE**

Program Administrator Concurs With The Facility Director's Decision: ☒ Yes  ☐ No
Response:

Program Administrator Signature: _____   Date: 7/6/07

IL462-5001 (R-6-06)   Distribution: Master File; Resident   Page 2 of 2