E-FILED
Friday, 10 August, 2007  05:06:32 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Michael Lemberger  )
                   )
_____)
                   )
    Plaintiff,     )
                   )
        vs.        )        Case No. 07-3212
                   )        (Supplied by Clerk)
Sandra Simpson, Brian Thomas )
                   )
Anderson Freeman,  )
                   )
    Defendant(s).  )

FILED
AUG 0 8 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, Michael Lemberger, plaintiff or petitioner, move the court for leave to proceed in forma pauperis in the above-named action. I declare under penalty of perjury that the following facts are true:

1. I am the party initiating this action and I believe I am entitled to redress. TRUE

2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of my poverty. TRUE

3. I am (check one) Single ✓  Married ___ Separated ___ Divorced ___

4. My responses to the following questions are true:

    A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center?
    Yes ( )    No (✓)

    B. If so, by whom, what is your position, and what is your pay? _____

    C. If not, when were you last employed and what was your pay? This includes prior inmate positions?
    _____
    _____

1

D. Have you received money from any other source, including judgments, in the last 12 months? Yes (✓) No ( ) If yes, describe each source and state how much you received.
I have recieved $130.00 in Money orders as gifts from a friend so I could buy Cosmidics and Food From Commissary

E. If you are presently incarcerated, how much money do you have in your institutional trust fund account? I am not incarcerated in Prison, I am in a Treatment Facility and I have around $90.00

F. If withdrawals were made from your institutional trust fund account during the past 12 months, please explain when, how much, and the purpose for which funds were used.
1-19-07, 3.90, Swansons Commissary — 1-19-07, 6.36 Swansons Commissary 2-7-07, 44.50, J.L. Marcus for 2 pair of Blue Jeans — 7-26-07, J.L. Marcus for 54.50 for Shoes

G. How much money do you have in private checking or saving accounts? 0

H. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)? Yes (✓) No ( )

If yes, describe the property and its approximate value: 1 (one) 13" Color T.V. w/Remote, Value 66.00

I. Do you have any debts or obligations? Yes ( ) No (✓)

If yes, list the amount owed, to whom, and any current payments that you are making.
N/A

J. List your dependents, state your relationship to them, and state how much you contribute to their support each month. Also, state how long you have contributed to that support and other means by which your dependents receive support.
N/A

2

K. Estimate the total amount of income or support that your dependents receive per month on an average, excluding your contributes to them. N/A

I declare under penalty of perjury and fine that the foregoing is true and correct and that I have a continuing duty to advise the court of any changes in my financial position as stated above.

*Michael Lemberger*
SIGNATURE

8-6-07
DATE

CERTIFICATE

(To be complete for prisoners only. This is a statement by the prison and not the prisoner.)

I hereby certify that the plaintiff or petitioner in this action has the sum of $_____ in his trust account at the correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution:

I AM NOT IN PRISON
_____
_____
_____
_____
_____
_____

                                            _____
                                            (Authorized Officer)

                                            _____
                                            (Institution)

                                            _____
                                            (Title)

                                        DATE _____

IMPORTANT
(THIS CERTIFICATE MUST BE ACCOMPANIED BY A TWELVE MONTH LEDGER OF THE PLAINTIFF/PETITIONER'S TRUST FUND ACCOUNT.)