E-FILED
Friday, 10 August, 2007  05:07:19 PM
Clerk, U.S. District Court, ILCD

FILED

AUG 0 8 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

Michael Lemberger             , )

    Plaintiff,                     )

vs. Sandra Simpson,           )    No.  07-3212

Brian Thomas, Anderson Freeman)

    Defendant(s)                   )

## MOTION FOR APPOINTMENT OF COUNSEL

1.   I, Michael Lemberger            , declare that I am the
plaintiff in the above-entitled case.  I further state that I am
unable to afford the services of an attorney.  I hereby request
the court to appoint counsel to represent me in this case.
Should the court grant the motion, I agree to provide for payment
of attorney fees out of any recovery I might obtain in this case.

2.   In support of my motion, I declare that I have made the
following attempts to retain counsel to represent me in this
lawsuit:

I have no resources available to me, as I am being held by the State of Illinois as a civil detainee, at the Department of Human Services Sex Offender Treatment and Detention Facility in Rushville Illinois — Furthermore, this Facility has no legal Referal system, nor a law library, I have know knowledge of the law, and feel it would be in my best interest to have assistance of Counsel

3.   In further support of my motion, I declare that (check
appropriate answer):

   ✓       I am not currently represented (and have not
           been represented previously) by an attorney
           appointed by this court in this or any other
           civil or criminal proceeding before this
           court.

            I am currently (or previously have been)
           represented by counsel appointed by this
           court in the proceeding(s) described on the
           attached page.

4.   In further support of my motion, I declare that (check appropriate answer):

✓_____   I have attached an original application to proceed in forma pauperis detailing my financial status.

_____   I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

_____   I previously filed an application to proceed in forma pauperis; however, my financial status has since changed.  Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5.   I declare under penalty of perjury that the foregoing is true and correct.

_Michael Remberger_
Movant's Signature

_R.R. 1 Box 6-A_
Street Address

_Rushville Illinois 62681_
City/State/Zip Code

Date:    _8-6-07_

10/94

2