E-FILED
Thursday, 01 November, 2007 03:28:51 PM
Clerk, U.S. District Court, ILCD

# United States District Court

— CENTRAL DISTRICT OF ILLINOIS —

## SUMMONS IN A CIVIL CASE

**Michael Lemberger,**
        Plaintiff**,**

    vs.                                        Case Number: **07-3212**

**Sandra Simpson, et al**
        Defendants.

TO:   Brian Thomas
      c/o Patrick Knepler
      DHS, Division of Mental Health
      319 East Madison, Suite 3B
      Springfield, IL  62701

      **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

      **Michael Lemberger**
      **Illinois Department of Human Services**
      **Treatment & Detention Facility**
      **R. R. 1, Box 6A**
      **Rushville, IL  62681**

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

November 1, 2007

                                            s/John M. Waters
                                            JOHN M. WATERS, CLERK
                                         s/M. Stewart

                                          BY:  DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action  (Reverse)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

[ ]  **Served personally upon the defendant. Placed where served:** _____

[ ]  **Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.**
**Name of person with whom the summons and complaint were left:** _____

[ ]  **Returned unexecuted:** _____

[ ]  **Other** *(specify)*: _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.<br><br>Executed on  _____          _____<br>　　　　　　　　*Date*　　　　　　　　　　　　　　　　　　*Signature of Server*<br><br>　　　　　　　　　　　　　　　　　　　　　　　　　　　　 _____<br>　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 *Address of Server* |

3:07-cv-03212-HAB-CHE   # 6-2   Page 1 of 1

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

**E-FILED**
Thursday, 01 November, 2007 03:29:09 PM
Clerk, U.S. District Court, ILCD

| PLAINTIFF | Michael Lemberger | COURT CASE NUMBER | 07-3212 |
|---|---|---|---|
| DEFENDANT | Brian Thomas | TYPE OF PROCESS | Civil |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Brian Thomas, Facility Director, Rushville, Illinois

ADDRESS (*Street or RFD, Apartment No., City, State, and ZIP Code*)

c/o Patrick Knepler, DHS, Division of Mental Health, 319 East Madison, Suite 3B, Springfield, Illinois 62701

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Illinois Department of Human Services
Treatment & Detention Facility
R. R. 1, Box 6A
Rushville, Illinois 62681

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service*)

Signature of Attorney or other Originator requesting service on behalf of :
_____
☐ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER     DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No._____ | District of Origin No._____ | District to Serve No._____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*).

Name and title of individual served (*If not shown above*).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*)

Date of Service     Time     am
                             pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: