United States District Court
For the Central District of Illinois
Springfield Division

Michael Lemberger
Plaintiff,

v.

Sandra Simpson, Anderson Freeman, and Brian Thomas
Defendants

Case No:
3:07-cv-03212

FILED
DEC 27 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Motion for Leave to File an Amended Complaint

Now comes the Plaintiff, pro se, Michael Lemberger pursuant to Rules 15(a) and 19(a) Fed.R.Civ.P., Requests Leave to File an Amended complaint.

A. The Plaintiff, in his orginal complaint did not claim injuries

1. Since the fileing of the complaint the Plaintiff has Determined the nature of injuries, Thoes injuries being of Mental and emotional pain and suffering as aresult of being forced to consume non-kosher food and not being able to observe Passover as well as Chanukah and not being alloud to recieve a kosher Diet.

2. Plaintiff has suffered Mental and Emotional Pain and Suffering from Stress Resulting from contact between Plaintiff and Captain Williams on December 20, 2007, where Captain Williams, an S.T.A. II, employed by The Illinois Department of Human Services as part of The Security force in D.H.S. Had Plaintiff Lemberger called to opperations and questioned Plaintiff about Civil claim 3:07-cv-3212.

3. Mr. Williams expressed to Plaintiff an intrest in resolving Plaintiff's claim that Plaintiff be given a Kosher diet and use of a Room, under staff supervision, for 1 (one) hour a day for prayer, and observance of 7 (seven) Jewish holidays in return for Plaintiff's "Voluntary" Dismissal of Existing Civil claim 3:07-cv-3212.

4. Mr. Williams also Requested, and was provided, a copy of Plaintiff's civil Complaint 3:07-cv-3212. Mr. Williams cited Defendant's Defence Attorny's arguement that Sandra Simpson cannot be held liable because Defendant Simpson is not a policy maker and therefore should be excluded from Plaintiff's claim.

5. Mr. Williams also said that he (Mr. Williams) will need a copy of Plaintiffs notice of Voluntary dismissal to ensure Plaintiff is able to enjoy his (Plaintiff's) First Amendment Rights to practice his religion.

6. Plaintiff has suffered Mental and Emotional Pain and Suffering to include the direct interference from D.H.S. T.D.F. Staff by suggesting that Plaintiff Remove Defendant Sandra Simpson or Dismiss claim 3:07-cv-3212 in return for religious observance.

7. Plaintiff has suffered Mental and Emotional Pain and Suffering because of Defendants Sandra Simpson, Anderson Freeman and Brian Thomas Deliberate indifference to Plaintiff's religious and dietary needs.

8. Plaintiff is seeking that Defendant Sandra Simpson, Anderson Freeman and Brian Thomas be held to there own capacity and asks for Nominal, Compensatory and Punitive Damages along with court Fees, in the amount of $100,000.00 (one hundred thousand dollars) and court Fees.

9. Plaintiff is also Requesting Relief that includes Kosher Food that includes Kosher Milk, Cheese, Beverages, Snacks serving trays, cups, a knife for the kitchen's use, a cutting surface, bowls or any other vessel that may be used in the storage of transfer of food items.

10. Plaintiff is also Requesting the use of a Kosher Microwave oven so that Plaintiff can heat water and Kosher food items on the unit just like the other residents do, and to ensure that non Kosher items are not placed in the Microwave oven by other residents, thus contaminating it and making it usless for heating up kosher food.

11. Plaintiff is also seeking the availability of Kosher food items be made available on the resident commissary for the life Rewards program so that Plaintiff's selection is comparable to the selection of the Non Kosher items being exchanged for life reward points by the residents.

12. Plaintiff is also seeking that he be able to observe All Jewish Holidays As prescribed by Jewish Law.

13. Plaintiff also seeks the he be able to observe All Work proscriptions As prescribed by Jewish Law

14. Plaintiff also requests that any and all communication directly reguarding Plaintiff's complaint No. 3:07-cv-03212 by D.H.S. Staff be stopped, Plaintiff will only answer questions reguarding case No. 3:07-cv-03212 from the Respective Defendants Attorneys and address the issue with the court. Plaintiff should not have to produce copies of court proceedings to parties not directly related to Case No. 3:07-cv-03212.

15. This court Should grant leave freely to amend a complaint. Foman v. Davis, 371 U.S. 178, 182 (1962)

Respectfully Submitted,
Michael Lemberger

Michael Lemberger
Department of Human Services
R.R. 1  Box 6-A
Rushville, IL. 62681

## Certificate of Service

I hereby certify that on December 26, 2007 I mailed the above Document for fileing to the Clerk of the Court.

I further certify that on December 26, 2007 I mailed a copy of the above Document to the following parties of record:

James C. Vlahakis
Hinshaw & Culbertson LLP
222 North LaSalle Street
Suite 300
Chicago, IL. 60601-1081


Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706


Respectfully Submitted,
Michael Lemberg
Michael Lemberger
Department of Human Services
R.R. 1 Box 6-A
Rushville, IL. 62681