E-FILED
Thursday, 10 January, 2008  10:01:46 AM
Clerk, U.S. District Court, ILCD

To: Clerk of the Court,

JAN - 9 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

1-8-08

RE: I AM Recieving Motions
Reguarding Case No: 3:07-cv-03212 But I
Am not being Notified by the court of Any
Dead lines!

On December 26TH I filed A
Motion for leave to File An Amended Complaint
on Case No: 3:07-cv-03212, The Court did
not send me my Filed copy And the Attorney
for Sandra Simpson claims that I did not submit
a copy of my proposed Amended complaint.

I would like a copy of Docket sheet
And All Minute Orders pertaining to said Case.

Also Any Dead lines ————————

Respectfully
Michael Lemberg

Michael Lemberger
R.R. 1  Box 6-A
Rushville IL. 62681