E-FILED
Friday, 11 January, 2008 04:26:49 PM
Clerk, U.S. District Court, ILCD

FILED
JAN 11 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States District Court
For The Central District of Illinois
Springfield Division

Michael Lemberger
    Plaintiff,

V.

Sandra Simpson Et. Al.
    Defendants,

Case No:
    3:07-cv-03212

Motion of Notice of Voluntary Dismissal Without Prejudice Pro. Se.

    Now comes Plaintiff, Pro. Se. pursuant to Rules 41(A)(1) Fed. R. Civ. P. and moves this honorable court to grant Notice of Voluntary Dismissal without prejudice.

    In support:

    After further negotiations with D.H.S. Staff through there appointed liaison, S.T.A IV (Capt.) Williams and His (Capt. Williams) assurance that I will recieve Kosher meals and be allowed observance of all Jewish Holidays, and in support of His (Capt Williams) good faith effort I (Michael Lemberger) consider this matter to be resolved.

Respectfully Submitted,
Michael Lemberger

R.R. 1 Box 6-A
Rushville, IL. 62681

## Certificate of Service

I hereby certify that on JANUARY 9, 2008 I mailed the above Document for fileing to the Clerk of the Court.

I further certify that on JANUARY 9, 2008 I mailed a copy of the above Document to the following parties of Record:

James C. Vlahakis
Hinshaw + Culbertson LLP
222 North LaSalle Street
Suite 300
Chicago, IL. 60601-1081

Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706

Respectfully Submitted,
*Michael Lemberger*

Michael Lemberger
R.R. 1 Box 6-A
Rushville, Illinois 62681